IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | Case No.: 8:19CB5 |
|---|---|
| Plaintiff, | Violation No.: NE14 6483279 |
| vs. | NE 146483843, NE14 6483912 |
| John A. Alexander | **ORDER TO APPEAR** |
| Defendant. | |

You are ordered to appear for your next court hearing on July 30, 2019 at 10:30 a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated this 25 day of June, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

6/25/19
Date

_[signature]_
Defendant